## OTTO HUFFMAN v. STATE.

No. A-4770.   Opinion Filed Jan. 31, 1925.
(232 Pac. 856.)

(Syllabus.)

**Intoxicating Liquors—Unlawful Possession—Evidence Sufficient.** In a prosecution for unlawful possession of intoxicating liquor, evidence held to sustain the conviction.

Appeal from County Court, Ottawa County; Wm. M. Thomas, Judge.

Otto Huffman was convicted of a violation of the prohibitory liquor law, and he appeals. Affirmed.

Burns & Turner, for plaintiff in error.

The Attorney General and G. B. Fulton, Asst. Atty. Gen., for the State.

DOYLE, J. Plaintiff in error, Otto Huffman, was convicted on a charge that he did have in his possession intoxicating liquor with the unlawful intent to sell the same; the jury leaving his punishment to be fixed by the court. April 18, 1923, he was by the court sentenced to pay a fine of $500 and serve six months in the county jail. From the judgment an appeal was perfected by filing in this court on July 17, 1923, a petition in error, with case-made.

No brief has been filed, and no appearance made when the case was called for final submission. From an ex-

amination of the record we have failed to find anything whereof the plaintiff has just right to complain.

The judgment of the trial court is therefore affirmed.

BESSEY, P. J., and EDWARDS, J., concur.